```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

      v.                        Criminal No. 07-cr-16-01-JD

<u>Matthew Uhry</u>


<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                        <u>/s/ Joseph A. DiClerico, Jr.</u>
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

Date:  April 10, 2007


cc:  Mark Howard, Esq.
     Robert Veiga, Esq.
     U.S. Marshal
     U.S. Probation