**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

  v.        Criminal No. 07-cr-016-01-JD

<u>Matthew Uhry a/k/a Fatty Matty</u>

**O R D E R**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.

Defendant has pled guilty to a crack cocaine distribution and faces a 97 month sentence.  Despite being given a chance to remain on bail for exceptional medical circumstances, he has tested "dirty" on July 11th and July 19th for cocaine use.  Given the failed opportunity to comply with conditions I find that the defendant is unlikely to abide by any condition or combination of conditions.  The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **SO ORDERED.**

                                        _/s/ James R. Muirhead_
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: July 23, 2007

cc:   Robert J. Veiga, Esq.
       Mark E. Howard, Esq.
       U.S. Marshal
       U.S. Probation